■ RICHARD J. SHAW, Individually and as Administrator of the Estate of CARRIE SHAW, Deceased, et al., Appellants, v QC-MEDI NEW YORK, INC., et al., Respondents, et al., Defendant. [803 NYS2d 479]—Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (John V. Centra, J.), entered May 26, 2004. The order and judgment granted the motions of defendants QC-Medi New York, Inc., Olsten Kimberly Qualitycare, Inc., Olsten Health Services (Quantum) Corp., Olsten Corporation, Stafcare of New York, Inc. (doing business as AmeriCare), and Jean Sanders, L.P.N., for partial summary judgment dismissing the claims for punitive damages.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Smith and Lawton, JJ.

■ In the Matter of NARCIUSSUS DELLAMORE, Appellant, v ROBERT DENNISON, as Chairman of New York State Division of Parole, Respondent. [803 NYS2d 479]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered August 3, 2004 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition to review the determination of respondent denying petitioner's request for release to parole.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Brunner v Speckard*, 214 AD2d 1040 [1995], *lv denied* 86 NY2d 707 [1995]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Smith and Lawton, JJ.